UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

KARLETTE HANCOCK, as Mother and Natural Guardian of
AARON WILLIAMS, an infant under the age of eighteen
years,

                                      Plaintiff,

              -against-

THE CITY OF NEW YORK, CROSSROADS JUVENILE
DETENTION CENTER, "JOHN" JORDAN, "JANE"
LANCE, C.O. JOHN CAREY, and C.O.s JOHN and
JANE DOE #1-20, individually and in their official
capacities, (the names John and Jane Doe being fictitious,
as the true names are presently unknown),

                                      Defendants.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 15 2003
BROOKLYN OFFICE

COMPLAINT

JURY TRIAL DEMANDED

03 4786

GERSHON, J

CHREIN, J

Plaintiff KARLETTE HANCOCK, as mother and natural guardian of AARON WILLIAMS, by her attorney, ROSE M. WEBER, complaining of the defendants, respectfully alleges as follows:

### PRELIMINARY STATEMENT

1. Plaintiff brings this action for compensatory damages, punitive damages and attorney's fees pursuant to 42 U.S.C. § 1983 and 42 U.S.C. §1988 for violations of AARON WILLIAMS' civil rights, as said rights are secured by said statutes and the Constitutions of the State of New York and the United States.

### JURISDICTION

2. This action is brought pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988, and the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

3. Jurisdiction is founded upon 28 U.S.C. §§ 1331 and 1343.

## VENUE

4. Venue is properly laid in the Eastern District of New York under U.S.C. § 1391(b), in that this is the District in which the claim arose.

## JURY DEMAND

5. Plaintiff respectfully demands a trial by jury of all issues in this matter pursuant to Fed. R. Civ. P. 38(b).

## PARTIES

6. AARON WILLIAMS is an African-American male, a citizen of the United States, and at all relevant times a resident of the City and State of New York.

7. Defendant THE CITY OF NEW YORK was and is a municipal corporation duly organized and existing under and by virtue of the laws of the State of New York.

8. Defendant THE CITY OF NEW YORK owns, operates, and maintains defendant CROSSROADS JUVENILE DETENTION CENTER, located at 17 Bristol Street, in the County of Kings, in the City and State of New York.

9. That at all times hereinafter mentioned, the individually named defendants "JOHN" JORDAN, "JANE" LANCE, and JOHN and JANE DOE #1-10 were employees of CROSSROADS JUVENILE DETENTION CENTER and were acting under the supervision of said employer and according to their official duties.

10. Defendant THE CITY OF NEW YORK maintains the New York City Department of Corrections, a duly organized public authority, authorized to perform all functions of a department of corrections as per the applicable sections of the New York State Criminal Procedure Law, acting under the direction and supervision of the aforementioned municipal corporation, City of New York.

11. That at all times hereinafter mentioned, the individually named defendants C.O.

JOHN CAREY and JOHN and JANE DOE #11-20 were duly sworn correction officers of said department and were acting under the supervision of said department and according to their official duties.

12. That at all times hereinafter mentioned the defendants, either personally or through their employees, were acting under color of state law and/or in compliance with the official rules, regulations, laws, statutes, customs, usages and/or practices of the State or City of New York.

13. Each and all of the acts of the defendants alleged herein were done by said defendants while acting within the scope of their employment by defendant THE CITY OF NEW YORK.

14. Each and all of the acts of the defendants alleged herein were done by said defendants while acting in furtherance of their employment by defendant THE CITY OF NEW YORK.

**FACTS**

15. On May 27, 2001, at approximately 5:00 p.m., AARON WILLIAMS was lawfully present in his dormitory room at CROSSROADS JUVENILE DETENTION CENTER, located at 17 Bristol Street, in the County of Kings, in the City and State of New York.

16. At the aforesaid time and place, AARON WILLIAMS was physically assaulted by defendants "JOHN" JORDAN and "JANE" LANCE.

17. As a result of this unprovoked assault, AARON WILLIAMS sustained physical injuries.

18. Defendants C.O. JOHN CAREY and unidentified correction officers then entered AARON WILLIAMS' dormitory room, shackled his legs and held his arms.

19. While AARON WILLIAMS was so restrained, defendants C.O. JOHN CAREY and unidentified correction officers permitted defendant "JOHN" JORDAN again to assault him.

20. As a result of this unprovoked assault, AARON WILLIAMS sustained, *inter alia*,

permanent damage to his right eye.

21. As a result of the foregoing, AARON WILLIAMS sustained, *inter alia*, physical injuries, emotional distress, embarrassment, and humiliation, and deprivation of his constitutional rights.

## FIRST CLAIM FOR RELIEF
## DEPRIVATION OF FEDERAL CIVIL RIGHTS UNDER 42 U.S.C. § 1983

22. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" through "21" with the same force and effect as if fully set forth herein.

23. All of the aforementioned acts of defendants, their agents, servants and employees, were carried out under the color of state law.

24. All of the aforementioned acts deprived AARON WILLIAMS of the rights, privileges and immunities guaranteed to citizens of the United States by the First, Fourth, Fifth, Eighth and Fourteenth Amendments to the Constitution of the United States of America, and in violation of 42 U.S.C. § 1983.

25. The acts complained of were carried out by the aforementioned individual defendants in their capacities as employees of CROSSROADS JUVENILE DETENTION CENTER or as correction officers, with all of the actual and/or apparent authority attendant thereto.

26. The acts complained of were carried out by the aforementioned individual defendants in their capacities as employees of CROSSROADS JUVENILE DETENTION CENTER or as correction officers, pursuant to the customs, usages, practices, procedures, and rules of the City of New York, Crossroads Juvenile Detention Center, or the New York City Department of Correction, all under the supervision of ranking officials of said entities.

27. Defendants, collectively and individually, while acting under color of state law,

engaged in conduct that constituted a custom, usage, practice, procedure or rule of the respective municipality/authority, which is forbidden by the Constitution of the United States.

### SECOND CLAIM FOR RELIEF
### EXCESSIVE FORCE UNDER 42 U.S.C. § 1983

28. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs numbered "1" through "27" with the same force and effect as if fully set forth herein.

29. As a result of the aforementioned conduct of defendants, AARON WILLIAMS was subjected to excessive force and sustained serious and permanent physical injuries.

### THIRD CLAIM FOR RELIEF
### MUNICIPAL LIABILITY

30. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs numbered "1" through "29" with the same force and effect as if fully set forth herein.

31. Defendants, collectively and individually, while acting under color of state law, engaged in conduct that constituted a custom, usage, practice, procedure or rule of the respective municipality/authority, which is forbidden by the Constitution of the United States.

32. The aforementioned customs, policies, usages, practices, procedures and rules of the City of New York, Crossroads Juvenile Detention Center, and the New York City Department of Correction included, but were not limited to, subjecting juveniles in their custody to unprovoked physical assaults.

33. The foregoing customs, policies, usages, practices, procedures and rules of the City of New York, Crossroads Juvenile Detention Center, and the New York City Department of Correction constituted deliberate indifference to the safety, well-being and constitutional rights of AARON WILLIAMS.

34. The foregoing customs, policies, usages, practices, procedures and rules of the City of

New York, Crossroads Juvenile Detention Center, and the New York City Department of Correction were the direct and proximate cause of the constitutional violations suffered by AARON WILLIAMS as alleged herein.

35. The foregoing customs, policies, usages, practices, procedures and rules of the City of New York, Crossroads Juvenile Detention Center, and the New York City Department of Correction were the moving force behind the constitutional violations suffered by AARON WILLIAMS as alleged herein.

36. As a result of the foregoing customs, policies, usages, practices, procedures and rules of the City of New York, Crossroads Juvenile Detention Center, and the New York City Department of Correction, AARON WILLIAMS was unlawfully assaulted.

37. Defendants, collectively and individually, while acting under color of state law, were directly and actively involved in violating AARON WILLIAMS' constitutional rights.

38. All of the foregoing acts by defendants deprived AARON WILLIAMS of federally protected rights, including, but not limited to, the right:

    A. Not to have excessive force imposed upon him;

    B. Not to have cruel and unusual punishment imposed upon him; and

    C. To receive equal protection under the law.

39. As a result of the foregoing, AARON WILLIAMS is entitled to compensatory damages in the sum of two million dollars ($2,000,000.00) and is further entitled to punitive damages against the individual defendants in the sum of two million dollars ($2,000,000.00).

**WHEREFORE**, plaintiff KARLETTE HANCOCK, as mother and natural guardian of AARON WILLIAMS, demands judgment in the sum of two million dollars ($2,000,000.00) in compensatory damages and two million dollars ($2,000,000.00) in punitive damages, plus reasonable

Dated:     New York, New York
              September 18, 2003

                                                        */s/ Rose M. Weber*
                                                        ROSE M. WEBER (RW 0515)
                                                        225 Broadway, Suite 1608
                                                        New York, NY 10007
                                                        (212) 748-3355

Case 1:03-cv-04786-NG-ASC    Document 1    Filed 09/15/03    Page 8 of 8 PageID #: 8